## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM



NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

08CV1275
JUDGE KOCORAS
MAG. JUDGE NOLAN

In the Matter of

Kimberly Gardner
v
Jefferson County, Illinois, Kane County, Illinois, Kane County Sheriff's Office and Jefferson County Sheriff's Office

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jefferson County and Jefferson County Sheriff's Department, incorrectly sued as Jefferson County Sheriff's Office

FILED
MAR - 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Stephen R. Miller | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Stephen Miller | |
| FIRM <br> Myers Miller & Krauskopf, LLC | |
| STREET ADDRESS <br> 30 North LaSalle Street, Suite 2200 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6182908 | TELEPHONE NUMBER <br> 312-345-7250 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |