

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08CV1275**
**JUDGE KOCORAS**
**MAG. JUDGE NOLAN**

In the Matter of

Kimberly Gardner
v
Jefferson County, Illinois, Kane County, Illinois, Kane County Sheriff's Office and Jefferson County Sheriff's Office

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jefferson County and Jefferson County Sheriff's Department, incorrectly sued as Jefferson County Sheriff's Office

**FILED**
MAR 03 2008
MAR - 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Johanna L. Tracy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Johanna L. Tracy | |
| FIRM Myers Miller & Krauskopf, LLC | |
| STREET ADDRESS 30 North LaSalle Street, Suite 2200 | |
| CITY/STATE/ZIP Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6278612 | TELEPHONE NUMBER 312-345-7250 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |