## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Kimberly Gardner, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 1275 |
| | ) | |
| v. | ) | Judge Kocoras |
| | ) | |
| Jefferson County et al., | ) | |
| | ) | |
| Defendants. | ) | |

### Notice of Filing of Appearance

To:   Daniel E. Compton
      Brittain & Ketchan P.C.
      85 Market Street
      Elgin, Illinois 60123

      Stephen Richard Miller       smiller@mmktrial.com
      Johanna Louise Tracy         jtracy@mmktrial.com

   Please take notice that on March 4, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Attorney Appearance of Assistant State's Attorney Joseph F. Lulves, correct copies of which are attached to this Notice of Filing and duly served upon you.

### Certificate of Service

The undersigned hereby certifies under penalties of perjury as provided by law, that I caused this notice and described document(s) to be served upon the above named party(ies) by [**x**] addressing a copy to the above named and depositing the same in the U.S. Mail at 100 South Third Street, Geneva, Illinois, with postage prepaid; [x] transmitting via facsimile to the telephone numbers listed above; transmitting a copy via ECF; on March 4, 2008.

                                          /s/ Joseph F. Lulves

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6197008