IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Kimberly Gardner, | ) | Case No. 08 CV 1275 |
|     Plaintiff, | ) | |
| v. | ) | Judge Charles P. Kocoras |
| | ) | |
| Jefferson County, Illinois, et al., | ) | |
|     Defendants. | ) | |

### Notice of Filing and Presentment of Motion to Dismiss

To:    Daniel E. Compton
        Brittain & Ketcham P.C.
        85 Market Street
        Elgin, Illinois 60123

        Stephen Richard Miller        smiller@mmktrial.com
        Johanna Louise Tracy         jtracy@mmktrial.com

        Please take notice that on March 17, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Kane County Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(6), and we will present this Motion on March 25, 2008, at 9:30 AM, to Judge Charles Kocoras, or any judge sitting in his place, in Courtroom 1725, of the United States District Court at 219 South Dearborn, Chicago, Illinois, 60604, copies of which are attached, and duly served upon you.

### Certificate of Service

The undersigned certifies under penalties of perjury as provided by law, that I caused this notice and described document(s) to be served upon the above named party(ies) by [x] addressing a copy to the above named and depositing the same in the U.S. Mail at 100 South Third Street, Geneva, Illinois, with postage prepaid; [x] transmitting a copy via ECF; on March 17, 2008.

                                                      /s/ Joseph F. Lulves
                                                      Assistant State's Attorney

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6197008