**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Kimberly Gardner
                    Plaintiff,
v.                                              Case No.: 1:08−cv−01275
                                                Honorable Charles P. Kocoras
Jefferson County, et al.
                    Defendant.

---

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 25, 2008:

    MINUTE entry before Judge Honorable Charles P. Kocoras:Motion hearing held on 3/25/2008. Johanna Tracy is given leave to file her appearance as additional counsel for defendant Jefferson County, Illinois. Defendant Jefferson County, Illinois is given to 4/8/2008 to file its motion to dismiss. Plaintiff is given to 4/22/2008 to answer all motions to dismiss. Replies are due 4/29/2008. Ruling set for 6/5/2008 at 9:30 a.m. Status hearing set for 4/2/2008 is stricken. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.