SRM/NL/pjh - **12089**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY GARDNER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | 08 C 1275 |
| | ) | Judge Kocoras |
| JEFFERSON COUNTY, ILLINOIS, KANE | ) | Magistrate Judge Nolan |
| COUNTY, ILLINOIS, KANE COUNTY | ) | |
| SHERIFF'S OFFICE, and JEFFERSON | ) | |
| COUNTY SHERIFF'S OFFICE, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE AN ADDITIONAL APPEARANCE**

NOW COME the Defendants, the JEFFERSON COUNTY SHERIFF'S DEPARTMENT (incorrectly sued as the Jefferson County Sheriff's Office) and JEFFERSON COUNTY, by their attorney Stephen R. Miller of MYERS MILLER & KRAUSKOPF, LLC and hereby requests leave for Nikoleta Lamprinakos to file an appearance on behalf of Jefferson County Sheriff's Department and Jefferson County.

Respectfully submitted,

By:   s/ Stephen R. Miller_____
      Stephen R. Miller

Stephen R. Miller (#6182908)
MYERS MILLER & KRAUSKOPF, LLC
30 North LaSalle Street, Suite 2200
Chicago, IL 60602
(312) 345-7250

G:\CASES\12089.Gardner\12089.Motions\12089.mt06.wpd