SRM/NL/pjh - **12089**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY GARDNER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | 08 C 1275 |
| | ) | Judge Kocoras |
| JEFFERSON COUNTY, ILLINOIS, KANE | ) | Magistrate Judge Nolan |
| COUNTY, ILLINOIS, KANE COUNTY | ) | |
| SHERIFF'S OFFICE, and JEFFERSON | ) | |
| COUNTY SHERIFF'S OFFICE, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Attorneys of Record
      *(See Attached Service List)*

Please take notice that on **April 8, 2008** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Nolan or any judge sitting in his stead in the courtroom usually occupied by him in Room 1858 of the United States District Court Courthouse, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present ***Defendants' Motion for Leave to File An Additional Appearance***, a copy of which is being served upon you via electronic mail.

                                                  s/Stephen R. Miller
                                                  Stephen R. Miller

MYERS MILLER & KRAUSKOPF, LLC
30 North LaSalle Street, Suite 2200
Chicago, Illinois 60602
Ph: (312) 345-7250

**SERVICE LIST**

*Gardner v Jefferson County, et al*
Court No.: 08 C 1275
Our File No.: 12089

*Plaintiff's Attorneys*
Daniel E. Compton
Brittain & Ketcham, P.C.
85 Market Street
Elgin, IL 60123
Ph: 847.742.6100
Fx: 847.742.6152

*Kane County's Attorneys*
Joseph F. Lulves
Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, IL 60134
Ph: 630.208.5320
Fx: 630.232.6508