UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Kimberly Gardner
                Plaintiff,

v.                                           Case No.: 1:08−cv−01275
                                                     Honorable Charles P. Kocoras

Jefferson County, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

      MINUTE entry before Judge Honorable Charles P. Kocoras:Defendants Jefferson County Sheriff's Department and Jefferson County have notice their motion [12] for leave to file the appearance of Nikoleta Lamprinakos as additional counsel before Magistrate Judge Nolan on 4/8/2008. As this case has not been referred to a Magistrate Judge, all motions are presently to be noticed for hearing before Judge Kocoras. Said motion for leave to file an appearance as additional counsel is granted, and will not need to be re−noticed for hearing. Hearing before Magistrate Judge Nolan on 4/8/2008 is hereby stricken as moot.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.