SRM/NL/pjh - **12089**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY GARDNER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | 08 C 1275 |
| | ) | Judge Kocoras |
| JEFFERSON COUNTY, ILLINOIS, KANE | ) | Magistrate Judge Nolan |
| COUNTY, ILLINOIS, KANE COUNTY | ) | |
| SHERIFF'S OFFICE, and JEFFERSON | ) | |
| COUNTY SHERIFF'S OFFICE, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

TO:   All Counsel of Record
      *(See Attached Service List)*

    PLEASE TAKE NOTICE THAT on **April 2, 2008**, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, *Appearance of Nikoleta Lamprinakos,* a copy of which is hereby served upon you via electronic mail.

                  By:   s/Nikoleta Lamprinakos_____
                              Nikoleta Lamprinakos

MYERS MILLER & KRAUSKOPF, LLC
30 North LaSalle Street, Suite 2200
Chicago, Illinois 60602
(312) 345-7250

**SERVICE LIST**

*Gardner v Jefferson County, et al*
Court No.: 08 C 1275
Our File No.: 12089

*Plaintiff's Attorneys*
Daniel E. Compton
Brittain & Ketcham, P.C.
85 Market Street
Elgin, IL 60123
Ph: 847.742.6100
Fx: 847.742.6152

*Kane County's Attorneys*
Joseph F. Lulves
Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, IL 60134
Ph: 630.208.5320
Fx: 630.232.6508