**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Kimberly Gardner
                              Plaintiff,

v.                                                    Case No.: 1:08−cv−01275
                                                    Honorable Charles P. Kocoras

Jefferson County, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 16, 2008:

      MINUTE entry before Judge Honorable Charles P. Kocoras:Motion hearing held on 4/16/2008. Plaintiff is given an extension of time to 5/6/2008 to answer all pending motions [9][17] to dismiss. Replies are due 5/13/2008. Ruling set for 6/5/2008 at 9:30 a.m. to stand. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.