IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Kimberly Gardner, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 1275 |
| | ) | |
| v. | ) | Judge Kocoras |
| | ) | |
| Jefferson County et al., | ) | |
| | ) | |
| Defendants. | ) | |

### Notice of Filing Reply to Plaintiff's Brief in Opposition to the Kane County Defendants' Motion to Dismiss

To:   Daniel E. Compton, 85 Market St., Elgin, Illinois 60123

Stephen Richard Miller         smiller@mmktrial.com
Johanna Louise Tracy           jtracy@mmktrial.com
Patrick D. Flanagan            patflanagan@aol.com
Nikoleta Lamprinakos           nlamprinakos@mmktrial.com

Please take notice that on May 13, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Reply to Plaintiff's Brief in Opposition to the Kane County Defendants' Motion to Dismiss, correct copies of which are attached to this Notice of Filing.

### Certificate of Service

The undersigned hereby certifies under penalties of perjury as provided by law, that I caused this notice and described document(s) to be served upon the above named parties by addressing a copy to the above named and depositing the same in the U.S. Mail at 100 South Third Street, Geneva, Illinois, with postage prepaid and transmitting a copy via ECF; on May 13, 2008.

/s/ Joseph F. Lulves

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6197008

Case 1:08-cv-01275     Document 26     Filed 05/13/2008     Page 2 of 2