Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1275 | **DATE** | 6/5/2008 |
| **CASE TITLE** | Gardner vs. Jefferson County, Illinois et al | | |

**DOCKET ENTRY TEXT**

Ruling held on 6/5/2008.  **ENTER MEMORANDUM OPINION:** Defendants' motions [9] [17] to dismiss and transfer are granted in part and denied in part.  Defendants' motions to dismiss Gardner's negligent and willful and wanton claims, her Equal Protection claims and her claims under the Fourth and Sixth Amendments are granted; the Kane County Sheriff and Kane County's motions to dismiss Gardner's § 1983 claims is granted; the Jefferson County Sheriff and Jefferson County's motions to dismiss Gardner's § 1983 claims are denied; and the Jefferson County Sheriff and Jefferson County's motions to transfer is granted.  Order cause transferred to the United States District Court for the Southern District of Illinois.  So ordered.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SCT |
|---|---|---|