

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

August 07, 2008

Norbert G. Jaworski, Clerk of Court
U.S. District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201

RE: Gardner v. Jefferson County et al
Case No: 08-1275

Dear Clerk:

Pursuant to the order entered by Judge Honorable Charles P. Kocoras the above record

- ■  was electronically transmitted to Southern District of Illinois at East St. Louis, IL

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:   /s/ Vettina Franklin
        Deputy Clerk

Enclosures

New Case No. _____      Date _____

cc:   Non-ECF Attorneys and Pro se Parties